| Date | Pleading Number | |
|---|---|---|
| 9/22/72 | 1. | MOTION of Trustees, John L. Roach & William H. Butterfield of Admiral Oil Corp., for consolidation in independent forum for determination of common issues of fact in A-1 and A-2. Supporting brief, miscellaneous exhi-its and |
| 9/26/72 | 2. | RESPONSE of Nat'l Cooperative Refinery Assn., W. D. Hartman, J. A. Mull, Jr., Braden-Deem, Inc., Robert G. Braden, Donald E. Sellon atty. in fact for M. Eatough, M. Cannon and H. Sellon (respondents). |
| 10/10/72 | 3 | MOBIL OIL CORP. RESPONSE TO MOTION w/cert of service |
| 10/10/72 | 4 | CREDITORS OF ADMIRAL CRUDE OIL AND TULSA CRUDE OIL response to motion, Brief and cert of service. |
| 10/12/72 | 5 | CO-Trustees of Tulsa Crude Oil Purchasing Co. response to motion w/certificate of service |
| 10/16/72 | 6 | TULSA CRUDE OIL PURCHASING CO. response to motion. |
| 10/16/72 | 7 | ADMIRAL CRUDE OIL CORP. response to motion. |
| 10/26/72 | | HEARING ORDER - Set A-1 and A-2, Wash., D.C. Nov. 29, 1972 Notified counsel, involved judges. |
| 11/24/72 | 8 | CO- TRUSTEES OF ADMIRAL CURDE OIL CORP. FOR Coordinated xx pretrial Proceedings |
| 12/4/72 | | ORDER - Denying consolidation of litigation. |

DOCKET NO. 118 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE ADMIRAL CRUDE OIL CORPORATION LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) 11/29/72

Date(s) of Opinion(s) or Order(s) 12/4/72

Consolidation Ordered _____  Name of Transferee Judge _____

Consolidation Denied ✓ 12/4/72 Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | In the Matter of Admiral Crude Oil Corporation, Debtor | N.D.Tex. [judge] | BK 3-2571 | | | | |
| A-2 | In the Matter of Tulsa Crude Oil Purchasing Company | N.D.Okla. Barrow | 72-B-108 | | | | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 118 -- IN RE ADMIRAL CRUDE OIL CORPORATION LITIGATION

| No. | ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|---|
| | Irvine E. Ungerman, Esquire<br>Ungerman, Grabel, Ungerman & Leiter<br>Wright Building<br>Tulsa, Oklahoma<br><br>James O. Ellison, Esquire<br>Boone, Ellison & Smith<br>World Building<br>Tulsa, Oklahoma<br><br>James R. Jones, Esquire<br>~~Gable, Gotwals, Hays, Rubin & Fox~~<br>~~Center Office Building~~ PO Box<br>Tulsa, Oklahoma ~~74127~~ 74101<br><br>Lance Stockwell, Esquire<br>Boesche, McDermott & Eskridge<br>1300 National Bank of Tulsa Building<br>Tulsa, Oklahoma 74103<br><br>W. B. Browder, Jr., Esquire<br>Stubbeman, McRae, Sealy & Laughlin<br>Post Office Box 670<br>Midland, Texas 79701<br><br>Robert Martin, Esquire<br>Martin, Pringle, Schell & Fair<br>320 Page Court, 330 W. Douglas<br>Wichita, Kansas 67202<br><br>W. Keith Rapp<br>Center Office Buildin<br>Tulsa, Oklahoma<br><br>James L. Kincaid<br>711 First National Building<br>Tulsa, Oklahoma 74103<br><br>G. Ellis Gable<br>Fourth National Bank Building<br>Tulsa, Oklahoma 74119 | CO-TRUSTEES OF ADMIRAL CRUDE   (Movants)<br>OIL CORPORATION, JOHN L. ROACH<br>AND WILLIAM H. BUTTERFIELD, JR.<br>William D. Neary, Esquire<br>Thompson, Knight, Simmons & Bullion<br>2300 Republic National Bank Bldg.<br>Dallas, Texas 75201<br>(A.C. 214 -- 741-4721)<br><br>MOBIL OIL CORP.<br>James L. Kincaid, Esquire<br>Conner, Winters, Ballaine, Barry<br>  & McGowen<br>First National Building<br>Tulsa, Oklahoma 74103 |