BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 118 -- IN RE ADMIRAL CRUDE OIL CORPORATION LITIGATION

ORDER

The Panel having found from the papers filed and from the hearing held, that the actions on Schedule A do not present common questions of fact and that coordinated pretrial proceedings in those actions would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation,

IT IS THEREFORE ORDERED that the motion to transfer the actions on Schedule A pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Alfred P. Murrah
Chairman

SCHEDULE A                                           DOCKET NO. 118

## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In the Matter of Admiral Crude Oil Corporation, Debtor | Civil Action No. BK 3-2571 |

## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In the Matter of Tulsa Crude Oil Purchasing Company | Civil Action No. 72-B-108 |